

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. |
| v. | Violation: Title 8, United States Code, Sections 1326(a); and Title 6, United States Code, Section 202(4) |
| CHRISTIAN GOMEZ JUAREZ | |

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about October 21, 2024, at DuPage County, in the Northern District of Illinois, Eastern Division,

CHRISTIAN GOMEZ JUAREZ,

defendant herein, an alien who previously had been deported and removed from the United States on or about March 10, 2017, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a), and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY